# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| LABORATORY CORPORATION OF AMERICA HOLDINGS | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case. No. 1:22-cv-04846 |
| SPECTRUM LAB CORP. | ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) ) ) ) ) ) | |

## JOINT MOTION FOR ENTRY OF PERMANENT INJUNCTION

Plaintiff Laboratory Corporation of America Holdings ("Plaintiff") and defendant Spectrum Lab Corp. ("Defendant"), by and through their attorneys, hereby respectfully move this Court for entry of the attached Final Judgment and Permanent Injunction on Consent. Plaintiff and Defendant hereby waive any right to appeal entry of the attached Final Judgment and Permanent Injunction on Consent.

Respectfully submitted, this the 10th day of April, 2023.

/s/ Jeffrey T. Norberg
Richard B. Biagi, Esq.
Illinois Bar No. 6274572
Jeffrey T. Norberg, Esq.
Illinois Bar No. 6315012
**NEAL & McDEVITT, LLC**
1776 Ash Street
Northfield, Illinois 60093
Telephone: (847) 441-9100
Facsimile: (847) 441-0911

**KILPATRICK TOWNSEND & STOCKTON LLP**

William M. Bryner
Laura C. Miller
Tiffani D. Otey
Emily M. Yates
1001 West 4th Street
Winston-Salem, NC  27101
(336) 607-7300 (telephone)
(336) 607-7500 (facsimile)

*Attorneys for Plaintiff*
*Laboratory Corporation of America Holdings*


/s/ James R. Pittacora
James R. Pittacora
**LATIMER LEVAY FYOCK LLC**
50 W. Monroe St., Suite 1100
Chicago, Illinois 60603
Telephone: (312) 521-5990

*Attorney for Defendant*
*Spectrum Lab Corp*